**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| YOSVANY HERNANDEZ, | Case No.: |
| Plaintiff, | |
| v. | CIVIL COMPLAINT |
| | AND |
| DISH NETWORK, | JURY TRIAL DEMAND |
| Defendant. | |

## CIVIL COMPLAINT AND JURY TRIAL DEMAND

Plaintiff, Yosvany Hernandez, (hereinafter "Plaintiff"), by and through his undersigned attorney, alleges against the Dish Network (hereinafter "Defendant") as follows:

### PRELIMINARY STATEMENT

1. This is an action for damages arising from Defendant's violations of the Telephone Consumer Protection Act, 47 U.S.C. §227 *et seq*. ("TCPA"), which regulates telephonic communications across a broad spectrum of issues.

### JURSIDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331.

3. Venue is proper in this district under 28 U.S.C § 1391(b).

### PARTIES

4. Plaintiff, Yosvany Hernandez, is a natural person, who at all relevant times has resided in the city of Lawrenceville, Gwinnett County, State of Georgia.

5. Defendant, Dish Network, is incorporated and doing business in the State of Georgia, with its corporate mailing address as 9601 S Meridian Blvd, Englewood, CO 80112.

**FACTUAL STATEMENT**

6. In or around the fall of 2016, Defendant began on a course of attempts to collect on a debt allegedly due and owing from Plaintiff. Defendant's attempts to contact Plaintiff by telephonic means were made with such volume that is became a constant disruption in Plaintiff's daily life as he carries his cellular device with him at all times.

7. On or about December 14, 2016, with no end to the calls in sight, Plaintiff called Defendant requesting to no longer be contacted on his cellular device.

8. Unfortunately, Defendant did not comply with the cessation request and between December 15, 2016 and December 30, 2016, Defendant placed at least eight (8) telephone calls to Plaintiff's cellular phone number (678) xxx-9400. Phone calls were made on the following dates and times:

   1. 12/15/2016 at 1:38PM;
   2. 12/16/2016 at 10:29AM;
   3. 12/20/2016 at 11:42AM;
   4. 12/22/2016 at 6:02PM;
   5. 12/23/2016 at 4:37PM;
   6. 12/28/2016 at 11:02AM;
   7. 12/29/2016 at 11:34AM; and
   8. 12/30/2016 at 3:32PM.

9. Phone calls were made from phone numbers (877) 839-0829 which belongs to Defendant.

10. Upon information and belief, all calls made were done so with the use of an automated dialer and/or while utilizing prerecorded messages. On the occasions Plaintiff did pick up the

calls, he was met with the tell-tale signs of an autodialing system, namely random clicks and a long pause before an operator would field the call on behalf of Defendant.

11. Upon information and belief, Defendant never had consent to call Plaintiff's cellular telephone through the use of an autodialer. In the event Defendant did have consent to utilize and automated dialer and or prerecorded messages, consent was effectively withdrawn via the December 14, 2016 request for cessation of telephonic contact.

## COUNT I
## VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT
## 47 U.S.C. §227 et seq.

12. Plaintiff repeats and realleges paragraphs (1) through (11) as if fully set forth herein.

13. Defendant called Plaintiff's cellular telephone number repeatedly in an attempt to collect on an alleged debt. The calls were excessive, abusive and harassing.

14. Defendant called Plaintiff's cellular telephone number through use of an automated telephone dialing system and or while utilizing prerecorded messages which subjects them to the provisions of the Act.

15. Defendant did not have express consent from Plaintiff to call Plaintiff's cellular telephone number at any time. In the unlikely event Defendant did have consent, same was withdrawn via Plaintiff's December 14, 2016 phone call made to the Defendant, requesting a cessation on telephonic contact.

16. Upon information and belief, all calls made were done so with the use of an automated dialer and/or while utilizing prerecorded messages. On the occasions Plaintiff did pick up the calls, he was met with the tell-tale signs of an autodialing system, namely random clicks and a long pause before an operator would field the call on behalf of Defendant.

17. No less than eight (8) calls were made utilizing an automated dialer system or utilizing prerecorded messages after consent, if any was had to begin with, was withdrawn.

18. Plaintiff has been damaged by Defendant's actions which constitute violations of 47 U.S.C. § 227(b)(1)(A)(iii), as well as any other applicable provisions of the TCPA, and its conduct is not exempt from the proscriptions of the statute.

## JURY TRIAL DEMAND

Plaintiff demands a trial by jury on all issues so triable.

**WHEREFORE**, Plaintiff, Yosvany Hernandez, respectfully requests judgment as follows:

    a. Declaring Defendant's actions to be violations and/or willful violations of The Telephone Consumer Protection Act, 47 U.S.C. §227 *et seq*.

    b. Entering judgment in favor of Plaintiff against Defendant for actual damages, statutory damages, costs and fees under the Telephone Consumer Protection Act, 47 U.S.C. §227 *et seq*.

    c. Declaring Defendant's actions to be violations and/or willful violations of the Telephone Consumer Protection Act, 47 U.S.C. §227 *et seq*.

d.  Granting such other and further relief as may be just and proper.

Date: February 8, 2017

                                                   Respectfully Submitted,

                                                   _s/ Jonathan B. Mason_
                                                   Jonathan B. Mason, Esq.
                                                   Mason Law Group, P.C.
                                                   1100 Peachtree Street, NE, Suite 200
                                                   Atlanta, GA 30309
                                                   Telephone: 404-920-8040
                                                   Email: jmason@atlshowbizlaw.com

                                                   *Attorney for Plaintiff Yosvany Hernandez*

                                                   *Of counsel to the Firm:*
                                                   Law Office of Michael Lupolover
                                                   120 Sylvan Ave., Suite 300
                                                   Englewood Cliffs, NJ 07632
                                                   Tel.: 201-461-0059
                                                   Fax: 201-608-7116
                                                   Email: dpf@lupoloverlaw.com